# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

|   |   |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC3,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIPOSA HOMEOWNERS ASSOCIATION; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | 2:17-cv-02439-MMD-VCF<br><br>**ORDER** |

Before the Court is Deutsche Bank's Motion to Extend Time to Serve Complaint Against Mariposa Homeowners Association (ECF No. 4).

**Extension For Service**

Fed. R. Civ. P. 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Deutsche Bank asserts that it has been unsuccessful in locating a reliable address or registered agent for Mariposa Homeowners Association and seeks an extension of 45 days to perfect service of the Summons and Complaint. (ECF No. 4 at 3).

Given that Deutsche Bank has demonstrated "good cause" for its failure to effectuate service and has provided support for its request for an extension, the court will extend the 4(m) deadline, up to and including January 19, 2018. *See* Fed. R. Civ. P. 4(m).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Deutsche Bank's Motion to Extend Time to Serve Complaint Against Mariposa Homeowners Association (ECF No. 4) is GRANTED. Process of service of the Summons and Complaint must be perfected on Mariposa Homeowners Association by February 2, 2018.

DATED this 19th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE